[No. 8,341. Department One.—April 8, 1885.]

GEORGE POMEROY, APPELLANT, v. JOSEPH GREG-
ORY, RESPONDENT.

INSOLVENCY—DISCHARGE OF DEBTS CONTRACTED PRIOR TO PASSAGE OF ACT.—
A debt contracted prior to the passage of the insolvent act of 1880 may be
discharged thereunder.

ID.—NOTICE TO CREDITORS—SERVICE BY MAIL.—Under section 7 of the act, a
copy of the order for the meeting of creditors may be served by mail on
creditors residing in the place where the insolvency proceedings are insti-
tuted.

APPEAL from an order of the Superior Court of Monterey
County refusing a new trial.

The action was brought to recover on a promissory note exe-
cuted and delivered by the defendant to the plaintiff on May 8,
1878. On November 6, 1880, the defendant filed a petition in
insolvency, under the insolvency act of 1880, which culminated
in granting him a discharge from his debts on March 14, 1881.
In the insolvency proceedings, the order of the court adjudging
the defendant an insolvent, and appointing a time and place for
the meeting of creditors, etc., was served on the plaintiff through
the mail. The plaintiff was at the time of service a resident of
Salinas City, the county seat of Monterey County, where the
insolvency proceedings were instituted.

*Wm. H. Webb*, for Appellant.

Section 7 of the insolvent act of 1880, authorizing a service
of the notice to creditors either by mail or personally, should
be construed that if the creditor is a non-resident he may be
served by mail; otherwise, the service must be personal.

*N. A. Dorn*, and *W. M. R. Parker*, for Respondent.

The COURT. 1. Defendant could be discharged, under the
insolvent act of 1880, from a debt contracted in 1878. (*Hund
ley* v. *Chaney*, 65 Cal. 363.)

2. The act of 1880, p. 83, § 7, authorizes a service by mail
or personally. Either form of service is sufficient.

Orders affirmed.